IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSEPH G. KINNING, on behalf of himself and all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>SRA ASSOCIATES, LLC, and JOHN DOES,<br><br>Defendants. | 8:19CV293<br><br>ORDER |

This matter is before the Court following its review of the parties' Rule 26(f) Report (Filing No. 21). Defendants contend that this matter is governed by a binding arbitration provision in Plaintiff's contract with the creditor, and at least one party believes that case progression and discovery should be stayed pending the Court's ruling on that matter. Accordingly,

**IT IS ORDERED:**

1. Defendants shall file a motion to compel arbitration on or before November 1, 2019.
2. Case progression and discovery are stayed pending the Court's resolution of such motion.

Dated this 21st day of October, 2019.

BY THE COURT:

s./Michael D. Nelson
United States Magistrate Judge